IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES D. FLORES,<br>　　　　Petitioner, | § § § | |
| VS. | § § | NO. 3:07-CV-00413-M (BD) |
| NATHANIEL QUARTERMAN, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, CRIMINAL INSTITUTIONAL<br>DIVISION,<br>　　　　Respondent. | § § § § § § | Referred to the U.S. Magistrate Judge |

ORDER

On this day came on to be heard the motion of Charles D. Flores for appointment of an hypnosis expert. The Court, after considering same, is of the opinion that said motion should be GRANTED.

Charles D. Flores is therefore authorized to incur expenses in an amount not to exceed $5,000.00 for the services of an hypnosis expert.

SO ORDERED.

SIGNED this _____ day of June 2007.

_____
HON. JEFF KAPLAN
MAGISTRATE JUDGE